# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5037**                    **September Term, 2024**

**1:25-cv-00412-RC**

**Filed On: April 1, 2025**

Cathy A. Harris, in her personal capacity and
in her official capacity as Member of the Merit
Systems Protection Board,

      Appellee

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

      Appellants

------------------------------

Consolidated with 25-5055

## O R D E R

Upon consideration of appellee's petition for hearing en banc, which includes a request for en banc reconsideration and vacatur of the court's order filed March 28, 2025, it is

**ORDERED**, on the court's own motion, that appellants file a response to the request for en banc reconsideration and vacatur by 5:00 p.m. on Wednesday, April 2, 2025. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Laura M. Morgan
      Deputy Clerk